MORRIS AVENUE OPERATING CORP., Landlord, Appellant, *v.* LEO
SORRIN, Tenant, Respondent.

Supreme Court, Appellate Term, First Department, March 29, 1951.

*Kermit Gitenstein* for appellant.

No appearance for respondent.

*Per Curiam.* The running of a television wire from outside
tenant's window along the wall of the building without land-
lord's permission constitutes a squatting within the purview
of section 1411 of the Civil Practice Act (*165 Corp.* v. *Haynes,*
103 N. Y. S. 2d 305; *Prestipino* v. *Matarazzo,* 99 N. Y. S. 2d 606).

The final order should be reversed, with $10 costs, and final
order directed for landlord, with costs.

HOFSTADTER, SCHREIBER and HECHT, JJ., concur.

Final order reversed, etc.